### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) LUIS M. ORTIZ, § § Plaintiff, § § vs. § § (1) ALFA LAVAL INDIA PVT. LTD., § an Indian Corporation; and § § (2) HIL-TECH, LLC d/b/a GTECH USA, § a Texas Limited Liability Company, § § Defendants. § | Case No. 5:19-CV-00869-HE |

**DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC**

Pursuant to LCvR 7.1.1, the undersigned counsel of record for Defendant Hil-Tech, LLC d/b/a GTech USA ("GTech") states that GTech is a limited liability company organized under the laws of the State of Texas and having its principal place of business in the State of Texas, and that none of the members of GTech are citizens of the state of Oklahoma, the state of citizenship of the Plaintiff. Following is a list of the members of GTech and their respective states of citizenship.

| **Member** | **State** |
|---|---|
| Sarah Morgan | Texas |
| Kevin Bell | Texas |
| John Wheelans | New Zealand |
| Angus McFarlane | New Zealand |

Respectfully submitted,

s/Evan G. E. Vincent
Evan G. E. Vincent, OBA #22325
CROWE & DUNLEVY, P.C.
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
evan.vincent@crowedunlevy.com

OF COUNSEL:

David M. Crimmins, II
Texas Bar No. 24055360
EWING & JONES
6363 Woodway, Suite 1000
Houston, Texas  77057
(713) 590-9620
(713) 590-9602 (Facsimile)
dcrimmins@ewingjones.com

**ATTORNEYS FOR DEFENDANT HIL-TECH, LLC d/b/a GTECH USA**

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2019, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Toby M. McKinstry            tobym@tmoklaw.com
Jefferson I. Rust             jeffr@tmoklaw.com
James F. Self, Jr.            jself@aol.com


s/Evan G.E. Vincent