Expert Report of William M. Clark, Ph. D.
April 5, 2021

*Re: Luis M. Ortiz v. Shree Mahalaxmi Industries, Hil-Tech, LLC d/b/a GTech USA and Seaboard Food Services, Inc. In the United States District Court for the Western District of Oklahoma; Case No. 5:19-cv-00869-J*

I have been retained by James F. Self, Jr., counsel for plaintiff, to review various documents and materials in anticipation of offering opinions and testimony in the above referenced case. Specifically, I have been asked to provide present value estimates of economic losses alleged in this case.

## I. QUALIFICATIONS:

My background, experience, and qualifications are outlined in my curriculum vitae attached as Exhibit A.

## II. OPINIONS:

Based on currently available information, I estimate the present values of economic losses attributable to Mr. Ortiz' injury to range from $1,507,445 to $3,609,951. Elements of the estimated losses are summarized below.

**Summary of Estimated Losses (Preliminary)**

| | Category | Present Value |
|---|---|---|
| I. | Pre-Resolution Earning Potential Losses | $116,155 |
| II. | Post-Resolution Earning Potential Losses | $884,993 to $2,987,499 |
| III. | Pre-Resolution Household Service Losses | $5,278 |
| IV. | Post-Resolution Household Service Losses | $171,405 |
| V. | Post-Resolution Medical Expenses | $329,614 |
| | **Total:** | **$1,507,445 to $3,609,951** |

In general, the estimation of economic losses depends on the resolution (settlement or trial) date. Losses incurred before the resolution date are not discounted while losses projected to be incurred after the resolution date are discounted. Post-resolution or "future" losses need to be discounted to present values because money can earn interest. Since a sum received today can "grow" into a bigger sum tomorrow, projected future money losses must be reduced (discounted) to the smaller sums (present values) needed to compensate for those losses. For purposes of this report, an April 5, 2021 resolution date is assumed.

In this case, economic losses are divided into three categories: earning potential losses; household service losses; and medical expenses. Earning potential losses refer to

the difference between Mr. Ortiz' pre-injury earning capacity and his post-injury earning capacity. Household service losses refer to 'household production' activities Mr. Ortiz has a diminished ability to perform.[1] Medical expenses refer to projected costs for medical care goods and services attributable to Mr. Oritz' injury.

The pre-resolution earning potential loss estimate is based on the following assumptions and procedures: (1) assume the pre-resolution period extends from the 04/05/2019 injury date to the 04/05/2021 presumed resolution date or for 2 years (2) estimate Mr. Ortiz' pre-injury annual earning potential at $58,077.50 [2] and (3) estimate pre-resolution earning potential losses as: ($58,077.50/year) x (2 pre-resolution years) = **$116,155.**

The post-resolution earning potential loss estimates are based on the following assumptions and procedures: (1) estimate Mr. Ortiz' pre-injury annual earning potential at $58,077.50 (2) estimate Mr. Ortiz' post-injury annual earning potential at $43,128.80 [3] (3) project Mr. Ortiz' pre-injury annual earning potential to continue 43.96 years in the post-resolution period[4] (4) project Mr. Ortiz' post-injury earning potential to begin two years after the presumed resolution date and continue an additional 41.96 years in the post-resolution period[5] and (5) discount projected earning potential to present values using a negative 0.68% real discount rate.[6] Based on these assumptions and procedures, the present value estimate of Mr. Ortiz' pre-injury earning potential is $2,987,499; the present value estimate of Mr. Ortiz' post-injury earning potential is $2,102,506; and the present value estimates of Mr. Ortiz' post-resolution earning potential losses range from: ($2,987,499 <minus> $2,102,506) = **$884,993** (with return to work) to: **$2,987,499** (with no return to work).

The pre-resolution household service loss estimate is based on the following assumptions and procedures: (1) estimate Mr. Ortiz' service losses at 7 hours per week[7] (2) value lost services at $7.25 per hour[8] (3) estimate the annual value of Mr. Ortiz' service losses as: (7 hours/week x $7.25/hour x 52 weeks/year) = $2,639 during the pre-resolution period and (4) estimate pre-resolution household service losses as: ($2,639/year x 2 pre-resolution years) = **$5,278.**

The post-resolution household service loss estimate is based on the following assumptions and procedures: (1) estimate annual service losses at $2,639 on the presumed resolution date (2) project service losses to continue 53.61 years in the post-resolution period[9] and (3) discount projected service losses to present value using a negative 0.68% real discount rate.[10] Based on these assumptions and procedures, the present value estimate of the post-resolution household service losses is **$171,405.**

The post-resolution medical expense estimate is based on the following assumptions and procedures: (1) base the current dollar values of the projected expenses on a 04/01/2021 report prepared by: Lon Huff, M.S., C.R.C., C.D.M.S. (2) discount projected expenses to present values using a negative 0.68% real discount rate[11] and (3)

determine the duration of the projected expenses and discount accordingly. Based on these assumptions and procedures, the present value estimates of the post-resolution medical expenses are summarized in Table 1.

**Table 1: Post-Resolution Medical Expenses**

| | Category | Present Value |
|---|---|---|
| I. | Medications | $201,843 |
| II. | Future Diagnostic Studies | $19,276 |
| III. | Projected Therapeutic Modalities | $66,585 |
| IV. | Projected Evaluations | $41,910 |
| | **Total:** | **$329,614** |

**End Notes**

1. Expectancy Data, *The Dollar Value of a Day: 2016 Dollar Valuation* (Shawnee Mission, Kansas, 2017) categorizes 'household production' activities as: inside housework; food cooking & clean-up; pets, home & vehicles; household management; shopping; obtaining services; and travel for household activity. While Mr. Ortiz did not receive money payments for performing such services, these activities nevertheless have substantial economic value.

2. The pre-injury annual earning potential estimate is based on a 04/01/2021 report prepared by Lon Huff indicating at page 13 Mr. Ortiz' [pre-injury] "Annual earnings including fringe benefits" at $58,077.50.

3. *Id.*, indicates: "Post-injury earning potential including fringe benefits" at $43,128.80.

4. Earning potential losses are projected to continue until Mr. Ortiz reaches age 67. Mr. Ortiz' date of birth is 03/23/1998. On the 04/05/2021 presumed resolution date, he will be 23.04 years old. Accordingly, pre-injury earning potential losses are projected to continue 43.96 years (67 <minus> 23.04) in the post-resolution period.

5. In his 04/01/2021 report at page 12, Mr. Huff indicates: "In my opinion, Mr. Ortiz will not be able to return to gainful employment until at least a year from now and most probably a two-year period, based on his lack of skills and current condition." For estimation purposes, post-injury potential earnings are projected to begin two years after the presumed resolution date and continue an additional 41.96 years to age 67 (67 <minus> 2 <minus> 23.04).

6. A real discount rate is calculated as the difference between a nominal interest rate and a projected inflation rate. Negative real discount rates imply a projected inflation rate

greater than the nominal interest rate. The – 0.68% discount rate is calculated as the average of the 5-year (- 1.61%); 7-year (- 1.08%); 10-year (- 0.64%); 20-year (- 0.16%); and 30-year (+ 0.07%) yields reported on 04/02/21 by the U. S. Department of the Treasury, "Daily Treasury Real Yield Curve Rates," found at: https://www.treasury.gov/resource-center/data-chart-center/interest-rates/Pages/Text/View.aspx?data=realyield.

7. This household service loss estimate is provided as a benchmark for the trier of fact. If evidence indicates that Mr. Ortiz' services are diminished by more or less than 7 hours per week, the estimated losses can be scaled accordingly. For reference, Expectancy Data, *op. cit.,* Table 116, p. 132 shows that 'single men, employed full-time, all ages, living alone' spend 12.22 hours per week on 'household production' activities.

8. In my opinion, the value per hour of household service activity is at least equal to the federal minimum wage rate. If workers were hired to replace the lost services, their wage rates would exceed the federal minimum. For estimated household service replacement costs, see Expectancy Data, *op. cit.*

9. Household service losses are projected to continue over Mr. Ortiz' remaining 'healthy' life expectancy. According to Martin and Vavoulis, *Determining Economic Damages* (Costa Mesa, California: James Publishing Inc., 2002), Table 24: "Difference Between Full Life and Healthy Life," p. 6-7, the 'full function healthy life expectancy of a 23-year-old male (all races) is 4.95 years less than his total life expectancy. In his 04/01/2021 report at page 9, Mr. Huff estimates Mr. Ortiz' remaining life expectancy at age 23 at 58.6 years. Accordingly, household service losses are projected to continue over Mr. Ortiz' remaining 'healthy' life expectancy of 53.61 years (23 + 58.6 <minus> 4.95 <minus> 23.04).

10. For calculation and source of this real discount rate, see note 6 *supra.*

11. For the calculation and source of this real discount rate, see note 6 *supra.*

## III. FACTS OR DATA ON WHICH OPINIONS ARE BASED:

In reaching my opinions, I have relied on sources cites in Section II.

## IV. PRIOR TESTIMONY:

A list of my deposition and trial testimony within the preceding four years is attached as Exhibit B.

## V. COMPENSATION:

My charge for consultation, document review, loss estimation, report preparation, necessary travel time, deposition and trial testimony is $300 per hour.

## VI. SUPPLEMENTAL TESTIMONY:

Discovery has not been completed. Accordingly, I may be asked to consider other documents, testimony, or evidence produced in this case. I will supplement this report, as necessary, if asked to consider such additional information.

## VII. REBUTTAL TESTIMONY:

I may be asked to give rebuttal testimony on matters not covered in this report or to supplement matters covered in this report. Because that testimony will depend on the testimony of others, I do not know what my testimony will be.

DATED this 5th day of April 2021.

William M. Clark [signature]

William M. Clark, Ph. D.

**Exhibit A**

# CURRICULUM VITAE

Name: William Michael Clark

Current Address: 1830 Coventry Lane
Oklahoma City, OK 73120

Telephone: (405) 842-7628

Marital Status: Married; two children

Date of Birth: July 16, 1950

## EDUCATION:

Bachelor of Arts with Distinction/Economics/Spanish
University of Oklahoma, 1971

Master of Arts/Economics
University of Oklahoma, 1973

Doctor of Philosophy/Economics
University of Virginia, 1981

## AWARDS AND FELLOWSHIPS:

Robert Dean Bass Memorial Scholar of Economics

Omicron Delta Epsilon Economics Honorary

Phi Beta Kappa

DuPont Fellow

Davidage Fellow

Earhart Fellow

Thomas Jefferson Fellow of Political Economy

Baldwin Award for Outstanding Undergraduate Teaching

University of Oklahoma Student Association Award for Outstanding Instruction and Service in the College of Business Administration

Associates Award for Exceptional Teaching

Junior Faculty Research Fellowship

Fantus Corporation Distinguished Lecturer Award

Fantus Corporation Outstanding Instructor Award

Beta Gamma Sigma Business Honorary

Associates' Distinguished Lectureship

Sigma Delta Pi Award for Teaching Excellence

Mortar Board Award for Teaching Excellence

Hurley Roberson Teaching Fellowship

Merrick Foundation Teaching Award in American Free Enterprise

Finalist – Jonathan Hughes Memorial Prize for Excellence in Teaching Economic History

Who's Who Among America's Teachers

Scholar Athlete Most Inspiring Faculty Award

Professor Emeritus of Economics, University of Oklahoma

**EMPLOYMENT:**

Associate Professor of Economics, University of Oklahoma, 1988-2017

Economic News Analyst, KTVY Television, 1980-1990

Assistant Professor of Economics, University of Oklahoma, 1980-1988

Visiting Assistant Professor of Economics, University of Oklahoma, 1977-1979

Teaching Assistant, Department of Economics, University of Virginia, 1974-1977

Research Intern, Department of Finance, County of Albemarle, Virginia, Summer 1976

Instructor of Economics, Oscar Rose College, Midwest City, Oklahoma, Summer 1975

Instructor of Economics, University of Oklahoma, 1973-1974

**PUBLICATIONS:**

Clark, W.M., *Macroeconomic Theory Workbook* (Oklahoma City, OK: Southwestern Group of Companies, 1989).

Clark, W.M., *Microeconomic Theory Workbook* (Oklahoma City, OK: Ebsco Publishing, Inc., 1987).

Clark, W.M., "Output Qualities in Public and Private Employment Agencies," *The Journal of Economics*, Volume IX, 1983, pp. 163-166.

Clark, W.M., "Railroad Regulation and Profitability in the Progressive Era," *The Journal of Economics*, Volume X, 1984, pp. 102-105.

Clark, W.M., and Turner, C., "International Trade and the Evolution of the American Capital Market: 1888-1911," *The Journal of Economic History*, Volume XLV, 1985, pp. 405-410.

Clark, W.M., "Deposit Insurance and Bank Risk, Some Preliminary Estimates," *Southwestern Journal of Economic Abstracts*, Volume 7, Number 1, 1986, pp. 37-38.

Clark, W.M., "The Comparative Efficiencies of Public and Private Employment Agencies: Some Tentative Results," *The Journal of Economics*, Volume XII, 1987, pp. 123-127.

Clark, W.M., "Input Variabilities in Public and Private Employment Agencies," *Kentucky Journal of Economics and Business*, Volume VII, 1987, pp. 19-23.

Clark, W.M., "Constitutional Reform and Economic Development in Oklahoma," *State Policy and Economic Development in Oklahoma: 1988*, Chapter III, pp. 17-21.

Clark, W.M., "Output Qualities and Production Costs in Government and Private Employment Services," *The Journal of Law and Economics*, Volume XXXI, Number 2, 1988, pp. 379-393.

Clark, W.M., *Telecommunications and Economic Development in Oklahoma* (Oklahoma City, OK: Southwestern Bell Telephone, 1989)

Huettner, D., Clark, W.M., Ledgerwood, S., "An Economic Model of Illegal Profit Deterrence and Corporate Punitive Damages," *Journal of Forensic Economics*, Volume IX, No. 3, Fall 1996, pp. 325-333.

Clark, W.M., "The Global Information Economy and Its Impact on Local Economic Development," in *The University Role in Economic Development: From Research to Outreach*, Jossey-Bass Publishers, Spring 1997, Number 97, pp. 51-61.

Huettner, D., and Clark, W.M., "Comparative Research Productivity Measures for Economics Departments," *Journal of Economic Education*, Summer 1997, Volume 28, No. 3, pp. 272-278.

Clark, W.M., "An Economic Analysis of the Oklahoma Installment Loan Industry," *Consumer Finance Law Quarterly Report*, Fall 2006, Volume 60, No. 3, pp. 487-502.

Stitzel, B., Hoover, G., and Clark, W., "More on Plagiarism in the Social Sciences," *Social Science Quarterly*, Volume 99, No. 3, 2018.

**REFERENCES:**

Dean Ryan Amacher
College of Commerce and Industry
165 Sirrine Hall
Clemson University
Clemson, SC 29634

Dr. Alexander Kondonassis
David Ross Boyd Professor
Department of Economics
University of Oklahoma
Norman, OK 73019

Dr. Michael Murray
Institutes of Policy Sciences
4875 Duke Station
Duke University
Durham, NC 27706

Dr. William Johnson
Professor of Economics
Department of Economics
University of Virginia
Charlottesville, VA 22903

**Exhibit B**

**Will Clark – Deposition and Trial Testimony (page 1)**

| Date | Case |
|---|---|
| Nov. 2016 | *Dora Wisda v. Mercy Hospital Oklahoma City, Inc., et al.;* Oklahoma Co., OK District Court; Case No. CJ-2013-4163; deposition testimony |
| Nov. 2016 | *Pennington v. Crest Discount Foods, et al.;* Oklahoma Co., OK District Court; Case No. CJ-2013-6956; deposition testimony |
| Jan. 2017 | *Albright v. Dina Azadi, D.O., et al.;* Tulsa Co., OK District Court; Case No. CJ-2015-03538; deposition testimony |
| Feb. 2017 | *Moffatt v. Christopher J. Barry, M.D., et al.;* Oklahoma Co., OK District Court; Case No. CJ-2014-6763; deposition testimony |
| Mar. 2017 | *Richey v. Graney;* Oklahoma Co., OK District Court; Case No. CJ-2011-3363; trial testimony |
| Mar. 2017 | *Walters v. Sequoyah County Water Association, et al.;* Sequoyah Co., OK District Court; Case No. CJ-2010-141; deposition testimony |
| Apr. 2017 | *Russell v. Stroud Public Schools;* Lincoln Co., OK District Court; Case No. CJ-2015-15; deposition testimony |
| Apr. 2017 | *Thakkar v. Cuzalina, et al.;* Tulsa Co., OK District Court; Case No. CJ-2013-02597; arbitration testimony |
| Apr. 2017 | *Dietz v. St. John Broken Arrow, Inc., et al.;* Tulsa Co., OK District Court; Case No. CJ-2014-02360; deposition testimony |
| Apr. 2017 | *Rosenbaum v. Hitchcock, et al.;* USDC W.D OK; Case No. CIV-16-0380-HE; deposition testimony; trial testimony January 2018 |
| Apr. 2017 | *Inhofe v. Honeywell International, Inc., et al.;* Tulsa Co., OK District Court; Case No. CJ-2014-4674; deposition testimony |
| June 2017 | *Simpson v. Exxon Mobil Corporation, et al.;* USDC W.D. OK; Case No. 5:16-CV-630-R; deposition testimony; trial testimony September 2017 |
| July 2017 | *Buckner v. McGuire Transportation, et al.;* USDC E.D. OK; Case No. 6:16-CV-00464-RAW; deposition testimony |
| July 2017 | *Barrow v. International Paper;* deposition testimony |
| Aug. 2017 | *The T. Le v. Arora Enterprises, Inc., et al.;* Canadian Co., OK District Court; Case No. CJ-2016-483; deposition testimony |
| Aug. 2017 | *Treadwell and Chaney v. Honeywell;* deposition testimony |
| Sept. 2017 | *Bulstrode v. BNSF Railway Company, et al.;* Garfield Co., OK District Court; Case No. CJ-2015-161; deposition testimony |
| Sept. 2017 | *Statz v. Northstar anesthesia of Oklahoma, PLLC;* American Health Lawyers Association Dispute Resolution Service; deposition testimony; arbitration testimony October 2017 |
| Oct. 2017 | *Cunningham v. Aetna Life Insurance Company;* Oklahoma Co., OK District Court; Case No. CJ-2015-2826; deposition testimony; trial testimony November 2018 |
| Oct. 2017 | *Morris v. American Medical Response Ambulance Service, Inc.;* USDC W.D. OK; Case No. 5:16-CV-01129-F; deposition testimony |
| Oct. 2017 | *Clift, et al. v. United Parcel Service, Inc., et al.;* USDC W.D. OK; Case No. CIV-16-1096-R; deposition testimony |
| Nov. 2017 | *Cherry v. Thomas Atkinson, M.D.;* Comanche Co., OK District Court; Case No. CJ-2015-431; deposition testimony |

**Will Clark – Deposition and Trial Testimony (page 2)**

| Date | Case |
|---|---|
| Nov. 2017 | *Swingle v. Wal-Mart Stores East, L.P.;* Oklahoma Co., OK District Court; Case No. CJ-2014-1931; deposition testimony |
| Jan. 2018 | *Underwood v. Patrick;* Grady Co., OK District Court; Case No. CJ-2016-174; deposition testimony; trial testimony April 2019 |
| Feb. 2018 | *Hutzel v. Wright, et al.;* Tulsa Co., OK District Court; Case No. CJ-2015-692; deposition testimony |
| Mar. 2018 | *Schafer v. Center Point Energy Oklahoma Gas;* USDC N.D. OK; Case No. CIV-1700365-GKF-FHM; deposition testimony |
| Mar. 2018 | *Jones v. The Cheesecake Factory;* Tulsa Co., OK District Court; Case No. CJ-2016-2031; deposition testimony |
| Mar. 2018 | *Cunningham v. Wal-Mart Stores East, LP, et al.;* USDCW.D. OK; Case No. CV-15-452-R; deposition testimony |
| Apr. 2018 | *Scott v. Integris Baptist Medical Center, Inc., et al.;* Oklahoma Co., OK District Court; deposition testimony |
| Apr. 2018 | *Ussrey v. Sam's East, Inc.;* USDC N.D. OK; Case No. 17-CV0346-JFJ; deposition testimony |
| Apr. 2018 | *Knight v. BNSF;* deposition testimony |
| Apr. 2018 | *Lohse v. Lebrija;* Garfield Co., OK District Court; Case No. CJ-2016-306-01; deposition testimony |
| Apr. 2018 | *Zhang v. Tiptop Energy;* USDC W.D. OK; Case No. CIV-16-1044-D; deposition testimony |
| May 2018 | *Villarreal v. Copeland Services, Inc.;* deposition testimony |
| May 2018 | *Ward v. Ceva Ground, US, LLP, et al.;* USDC W.D. OK; Case No. CIV-17-399-R; deposition testimony |
| Aug. 2018 | *Donaghey v. Continental Motors, et al.;* Pontotoc Co., OK District Court; Case No. CJ-2016-208; deposition testimony |
| Aug. 2018 | *Stokes v. United States of America;* USDC E.D. OK; Case No. CIV-17-186-JH; deposition testimony; trial testimony October 2018 |
| Sept. 2018 | *Russell v. Jackson County Memorial Hospital, et al.;* Jackson Co., OK District Court; Case No. CJ-2016-49; deposition testimony |
| Sept. 2018 | *Rupp v. T & D Fabrication, Inc.;* Creek Co., OK District Court; Case No. CJ-2017-48; deposition testimony |
| Oct. 2018 | Amber Colina, Plaintiff; Tulsa Co., OK District Court; trial testimony |
| Oct. 2018 | *Luxton and Riley v. Leja, et al.;* USDC N.D. OK; Case No. CIV-14-416-JED-PJC; deposition testimony |
| Oct. 2018 | *May v. Texas Lobo Trucking Company;* USDC New Mexico; Case No. 2:17-cv-00889-KRS-SMV; deposition testimony |
| Oct. 2018 | *Dangerfield (West) v. Integris Baptist Medical Center, et al.;* Oklahoma Co., OK District Court; Case No. CJ-2013-4818; deposition testimony |
| Oct. 2018 | *Delozier v. Commercial Realty, LLC, et al.;* Tulsa Co., OK District Court; Case No. CJ-2017-902; deposition testimony |
| Oct. 2018 | *Annanders v. Dr. Vytautas Ringus, et al.;* Cleveland Co., OK District Court; Case No. CJ-2015-1101; deposition testimony |

**Will Clark – Deposition and Trial Testimony (page 3)**

| Date | Case |
|---|---|
| Nov. 2018 | *Vassal Well Service, L.L.C. v. Shelton, et al.*; Tulsa County OK District Court; Case No. CJ-2015-3271; deposition testimony |
| Nov. 2018 | *EEOC v. 7-Eleven Stores;* deposition testimony |
| Dec. 2018 | *Annese v. U.S. XPRESS, et al.;* Case No. CJ-2016-6618; deposition testimony |
| Jan. 2019 | Precious Joiner, Plaintiff, deposition testimony |
| Feb. 2019 | *James Binkley, et al. v. White Star Petroleum, LLC, et al.;* Osage Co., OK District Court; Case No. CJ-2017-44; deposition testimony |
| Mar. 2019 | *Ramey v. Community State Bank;* USDC N.D. OK; Case No. 17-CV-370-JED-JFJ; deposition testimony |
| Mar. 2019 | *Carbone v. Sinclair dba EZ Rent, Inc., et al.;* Jackson Co., OK District Court; Case No. deposition testimony; trial testimony April 2019 |
| Mar. 2019 | *Kim Fox-Jones, as Personal Representative of the Estate of Brennan James Atkeson, v. Union Carbide Corporation, et al.;* Pontotoc Co., OK District Court; Case No. CJ-16-57; deposition testimony; trial testimony May 2019 |
| Apr. 2019 | *Hawkins v. Lake, et al.;* Grady Co., OK District Court; Case No. CJ-2016-213; trial testimony |
| Apr. 2019 | *Beall v. Deere & Company, et al.;* Payne Co., OK District Court; Case No. CJ-2017-199; deposition testimony; trial testimony January 2020 |
| May 2019 | *Carshall v. United States of America;* USDC E.D. OK; Case No. 17-CV-329-RAW; deposition testimony |
| May 2019 | *Fronk v. Mid-America Stem Cell Institute, LLC, et al.;* Oklahoma Co., OK District Court; Case No. CJ-2017-1707; deposition testimony |
| June 2019 | *Crooks and Kizzia v. OG&E Energy Corporation, et al.;* Muskogee Co., OK District Court; Case No. CJ-2017-375; deposition testimony |
| June 2019 | *Appleseth v. Mercy Hospital Oklahoma City, Inc., et al.;* Oklahoma Co., OK District Court; Case No. CJ-2012-3257; deposition testimony |
| June 2019 | *Taber v. Southwest Medical Center, et al.;* Oklahoma Co., OK District Court; Case No. CJ-2016-1239; deposition testimony |
| June 2019 | *Vesper v. ISD No. 89 of Oklahoma County; et al.;* USDC W.D. OK; Case No. CIV-17-1165-W; deposition testimony |
| July 2019 | *In the Matter of the Estate of Peggy Louise Posey, deceased;* Seminole Co., OK District Court; Case No. PB-2016-94; deposition testimony |
| July 2019 | *Gunnels v. St. John Medical Center, Inc., et al.;* Tulsa Co., OK District Court; Case No. CJ-2015-04787; deposition testimony |
| July 2019 | *Watson v. BNSF Railway Company, et al.;* Pawnee Co., OK District Court; Case No. CJ-2015-28; deposition testimony; trial testimony December 2019 |
| Aug. 2019 | *Newsome v. Tull and Crete Carrier Corporation;* USDC W.D. OK; Case No. CIV-18-0791-H; trial testimony |
| Sept. 2019 | *McConahay v. Oklahoma Department of Corrections;* Oklahoma Co., OK District Court; Case No. CJ-2016-4019; trial testimony |

**Will Clark – Deposition and Trial Testimony (page 4)**

| Date | Case |
| --- | --- |
| Sept. 2019 | *Reserve National Insurance Company v. Murphy, et al.;* American Arbitration Association; Case No. 01-18-004-6005; deposition testimony; hearing testimony October 2019 |
| Oct. 2019 | *McKinney v. 10GYM-3, LLC;* Tulsa Co., OK District Court; Case No. CJ-2013-04953; deposition testimony |
| Nov. 2019 | *Schneider v. Vanhooser, et al.;* Garfield Co., OK District Court; Case No. CJ-2015-231-01; deposition testimony |
| Nov. 2019 | *Lynn v. Hall, M.D.;* Oklahoma Co., OK District Court; Case No. CJ-2018-522; deposition testimony |
| Dec. 2019 | *Odom, et al. v. Penske Truck Leasing Co, LP, et al.;* USDC W.D. OK; Case No. CIV-2016-442G; deposition testimony |
| Jan. 2020 | *Underwood v. Universal Health Services, Inc., et al.;* Garfield Co., OK District Court; Case No. CJ-2018-141-01; deposition testimony |
| Jan. 2020 | *Cade v. Robertson, et al.;* Tulsa Co., OK District Court; Case No. CJ-2017-03866; deposition testimony |
| Jan. 2020 | *Fisher v. Western Express, Inc., et al.;* Oklahoma Co., OK District Court; Case No. CJ-2014-1558; deposition testimony |
| Jan. 2020 | *Horn v. Murry, et al.;* Oklahoma Co., OK District Court; Case No. CJ-2018-2154; deposition testimony |
| Feb. 2020 | *Hamilton v. Swift, et al.;* USDC W.D. OK; Case No. CIV-19-219-SLP; deposition testimony |
| Feb. 2020 | *Jamie A. Leach, and Leachco, Inc., v. Day to Day Imports, Inc., et al.;* USDC W.D. OK; Case No. 16-cv-1034-SLP; deposition testimony |
| Feb. 2020 | *Chappell v. Miller Truck Lines, LLC, et al.;* Tulsa Co., OK District Court; Case No. CJ-2018-1871; deposition testimony |
| Feb. 2020 | *Cobbs v. Rowe, et al.;* Oklahoma Co., OK District Court; Case No. CJ-2017-6987; deposition testimony |
| May 2020 | *John Doe AL v. United States of America;* USDC Kansas; Case No. 2:16-02627; deposition testimony |
| July 2020 | *Hoskins v. Ardent Health Services, LLC, et al.;* Rogers Co., OK District Court; Case No. CJ-2017-416; deposition testimony |
| July 2020 | *Blakemore v. OB/GYN Specialists of Tulsa, PLLC, et al.;* Tulsa Co., OK District Court; Case No. CJ-2018-01447; deposition testimony |
| Aug. 2020 | *Mance v. Envision Physician Services, LLC, et al.;* Cleveland Co., OK District Court; Case No. CJ-2018-1536; deposition testimony |
| Sept. 2020 | *Conway v. Lone Star Transportation, LLC, et al.;* USDC N.D. OK; Case No. 4:19-cv-658-CVE-FHM; deposition testimony |
| Nov. 2020 | *21st Mortgage Corporation v. Allen, et al.;* McIntosh Co., OK District Court; Case No. CJ-2017-75; trial testimony |
| Nov. 2020 | *Drenner v. United States of America;* USDC N. D. OK; Case No. 15-CV-337-TCK-PJC; deposition testimony |
| Nov. 2020 | *McDougal v. GEICO Casualty Company;* Tulsa Co., OK District Court; Case No. CJ-2017-1969; deposition testimony |

**Will Clark – Deposition and Trial Testimony (page 5)**

| **Date** | **Case** |
|---|---|
| Dec. 2020 | *Reed v. Board of County Commissioners for Grady County, et al.;* USDC W. D. OK; Case No. CIV-18-1257-D; deposition testimony |
| Dec. 2020 | *Roe v. FCA US LCC [Fiat Chrysler Automobiles US LLC];* USDC W.D. OK; Case No. 5:19-cv-00167-SLP; deposition testimony |
| Jan. 2021 | *Epic Tech, LLC v. Fusion Skill, Inc., et al.;* USDC S. D. TX; Case No. 4: 19-CV-2400; deposition testimony |
| Jan. 2021 | *Montgomery v. RD Egan Equipment, Inc., et al.;* USDC W.D. OK; Case No. CIV-194-896-D; deposition testimony |
| Feb. 2021 | *Barker v. Lindsay Municipal Hospital Authority d/b/a Lindsay Memorial Hospital, et al.;* Oklahoma Co., OK District Court; Case No. CJ-2017-7237; deposition testimony |
| Feb. 2021 | *City of Midwest City v. House of Realty, Inc., et al.;* and *House of Realty, et al. v. City of Midwest City, et al.;* Oklahoma Co., OK District Court; Case No. CJ-2004-9568 Consolidated with CJ-2002-2048; CJ-2007-3724; deposition testimony |