**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LUIS M. ORTIZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-869-J |
| ) | |
| SHREE MAHALAXMI INDUSTRIES, ) | |
| an Indian Corporation, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On June 24, 2021, an ADR Report [Doc. No. 109] was filed in this case. The ADR Report advises that Plaintiff and Defendant Seaboard Foods Services, Inc. (Seaboard) have reached a settlement. Accordingly, the Court DENIES Seaboard's Motion for Summary Judgment [Doc. No. 86], Plaintiff's Motion for Summary Judgment on Defendant, Seaboard Foods Services, Inc.'s Contributory/Comparative Negligence Defense [Doc. 94], Plaintiff's Motion for Sanctions Due to Defendant Seaboard Foods Services, Inc.'s Spoliation of Evidence [Doc. No. 95], Seaboard's Motion to Strike and Exclude Opinions of Bradley N. Plank [Doc. No. 96], Seaboard's Motion to Strike and Exclude Opinions of William Munsell [Doc. No. 97], Seaboard's Motion to Strike and Exclude Certain Opinions of John Hadjioannou P.E. [Doc. No. 98], and Defendant Hil-Tech, LLC d/b/a Gtech USA's *Daubert* Motion Regarding Seaboard Foods Services, Inc.'s Expert William R. Coleman [Doc. No. 99] as MOOT.

IT IS SO ORDERED this 29th day of June, 2021.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE