# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LUIS M. ORTIZ,              )<br>                             )<br>        Plaintiff,            )<br>v.                           )<br>                             )<br>SHREE MAHALAXMI INDUSTRIES., )<br>an Indian Corporation; HIL-TECH, LLC, )<br>d/b/a/ GTECH USA, a Texas Limited )<br>Liability Company; and SEABOARD )<br>FOODS SERVICES, INC., a Kansas )<br>Corporation,                 )<br>                             )<br>        Defendants.           ) | Case No.  5:19-CV-869-J |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41, Plaintiff Luis M. Ortiz and Defendant Hil-Tech, LLC d/b/a GTech USA ("GTech") hereby stipulate and agree that all of Plaintiff's claims and causes of action asserted against GTech in this proceeding are dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

s/*Toby M. McKinstry*
Toby M. McKinstry, OBA #17401
Maggie M. Logan, OBA #33222
Tomlinson McKinstry, P.C.
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, Oklahoma 73102
(405) 606-3350 Telephone
(866) 633-6162 Facsimile
tobym@tmoklaw.com
maggiel@tmoklaw.com

AND

        James F. Self, Jr., OBA #8063
        Self & Associates, Inc.
        7701 S. Western Ave., Suite 202
        Oklahoma City, Oklahoma 73139
        Telephone: (405) 685-2111
        Facsimile: (405) 685-2189
        jself@aol.com
        jo.selflaw@yahoo.com
        ***Attorneys for Plaintiff***


        s/Evan G. E. Vincent
        (*signed by filing attorney with permission*)
        Evan G. E. Vincent, OBA #22325
        Harry "Skeeter" Jordan, OBA #32437
        CROWE & DUNLEVY, P.C.
        Braniff Building
        324 North Robinson Avenue, Suite 100
        Oklahoma City, OK 73102-8273
        (405) 235-7700
        (405) 239-6651 (Facsimile)
        evan.vincent@crowedunlevy.com
        skeeter.jordan@crowedunlevy.com
        ***ATTORNEYS FOR DEFENDANT HIL-TECH, LLC D/B/A GTECH USA***

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the NextGen CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following counsel of record:

Evan G. E. Vincent, OBA #22325
Harry "Skeeter" Jordan, OBA #32437
CROWE & DUNLEVY, P.C.
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
evan.vincent@crowedunlevy.com
skeeter.jordan@crowedunlevy.com

and

David M. Crimmins, II (*pro hac vice*)
Texas Bar No. 24055360
EWING & JONES
6363 Woodway, Suite 1000
Houston, Texas 77057
(713) 590-9620
(713) 590-9602 (Facsimile)
dcrimmins@ewingjones.com
***Attorneys for Defendant, Hil-Tech, LLC d/b/a/ GTech USA***

                                                     s/*Toby M. McKinstry*
                                                     TOBY M. McKINSTRY